No. 96–1201.  STATEWIDE REAPPORTIONMENT ADVISORY COM-MITTEE *v.* BEASLEY, GOVERNOR OF SOUTH CAROLINA, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 96–1207.  MILLER ET AL. *v.* SCHOEMEHL ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 96–1216.  WELLSHEAR *v.* RISHELL, CURATOR OF THE PER-SON AND ESTATE OF LACEY, AN INCAPACITATED PERSON.  C. A. 10th Cir.  Certiorari denied.

No. 96–1224.  MEYERS *v.* NORFOLK & WESTERN RAILWAY CO. C. A. 6th Cir.  Certiorari denied.

No. 96–1227.  RED ROCK COMMODITIES, LTD., ET AL. *v.* ABN-AMRO BANK, N. A.  C. A. 2d Cir.  Certiorari denied.

No. 96–1233.  THORN AMERICAS, INC., FKA RENT-A-CENTER, INC., ET AL. *v.* FOGIE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 96–1234.  RAYNOR, A MINOR, BY HER FATHER, RAYNOR, ET AL. *v.* MARYLAND DEPARTMENT OF HEALTH AND MENTAL HYGIENE.  Ct. Sp. App. Md.  Certiorari denied.

No. 96–1243.  CARLEN *v.* DEPARTMENT OF HEALTH SERVICES OF SUFFOLK COUNTY, NEW YORK, ET AL.  C. A. 2d Cir.  Certio-rari denied.

No. 96–1246.  EASTERDAY *v.* GILBERT, SHERIFF, OKALOOSA COUNTY, FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 96–1251.  BROCK *v.* CATERPILLAR, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 96–1253.  WEAVER *v.* WEAVER.  Ct. App. Kan.  Certiorari denied.

No. 96–1257.  BONNELL *v.* AMTEX, INC.  C. A. 11th Cir.  Cer-tiorari denied.

No. 96–1258.  ATLAS TURNER, INC. *v.* STRAUB ET AL.  C. A. 9th Cir.  Certiorari denied.